# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **ILLINOIS**

**FILED**
DEC 14 2012
STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

INFORMATION ASSOCIATED WITH Fifteen (15) email accounts involved in a "sweetheart scam" THAT IS STORED AT PREMISES CONTROLLED BY Yahoo!, Inc., 701 First Avenue, Sunnyvale, California 94089

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 12-mj-7099

I, **L. Adam Latham**, being duly sworn depose and say:

I am a(n) **United States Postal Inspector** and have reason to believe
Official Title

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

See Attachment A

in the **Northern** District of **California**

there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidece and instrumentalities of the commission of a criminal offense

concerning a violation of Title **18** United States code, Section(s) **875, 1028A, 1341-1343, 2314**
The facts to support a finding of probable cause are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

*L. Adam Latham*
Signature of Affiant

Sworn to before me and subscribed in my presence,

12/14/2012 at East St. Louis Illinois
Date                               City           State

STEPHEN C. WILLIAMS, U.S. MAGISTRATE JUDGE
Name of Judge            Title of Judge              Signature of Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **Fifteen (15) email accounts involved in a "sweetheart scam"** THAT IS STORED AT PREMISES CONTROLLED BY **Yahoo!, Inc., 701 First Avenue, Sunnyvale, CA 94089** | Case No. _____ |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, L. Adam Latham, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the Chicago Division – St. Louis Field Office of the U.S. Postal Inspection Service. I have been a Postal Inspector since March 2003 and have served since August 2003 as a member of the Illinois Fraud Team in the Division. I have a B.S. in Electrical Engineering from the University of Missouri Columbia, an M.S. in Electrical Engineering from the University of Missouri Rolla, and an M.B.A. from Webster University. As a Postal Inspector, I have participated in numerous investigations of suspected white collar crimes, including mass marketing and telemarketing fraud crimes, aggravated identity theft (18 U.S.C. § 1028A) and violations of the federal mail and wire fraud statutes (18 U.S.C. §§ 1341 and 1343).

2. I make this affidavit in support of an application for a search warrant for information associated with certain accounts that is stored at premises owned, maintained, controlled, or operated by Yahoo!, Inc., an e-mail provider headquartered at 701 First Avenue, Sunnyvale, California 94089. The information to be searched is described in the following paragraphs and in Attachments A and B. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Yahoo!, Inc. to disclose to the government records and other information in its possession pertaining to the accounts, including the contents of communications.

3. More specifically, I am seeking a search warrant for the contents of various Yahoo!, Inc. e-mail accounts that have been used to perpetrate a "sweetheart" scam targeting U.S. citizens. As more fully detailed below, the scheme involves victims being contacted on one of several Internet dating websites. After being groomed over time through lengthy and intimate communications over the phone and the internet, the victims are asked to send money to South Africa by MoneyGram and/or Western Union. In some instances, the victims have agreed to forward merchandise, primarily electronics, to South Africa.

4. The investigation to date has revealed that although several alias names are used when communicating with the victims, money transfers and merchandise are consistently picked up by **Ilumsa Olayinka Sunmola**, a Nigerian native currently residing in South Africa.

5. Stored content in the fifteen (15) Yahoo!, Inc. e-mail accounts listed below is expected to provide evidence of Sunmola's fraudulent conduct, and may also aid in identifying additional victims of Sunmola's scheme:

    - sterngreek@att.net (account is administered by Yahoo!, Inc.)
    - ilumsa@yahoo.com
    - eliaskunis@yahoo.com
    - orangetecks@yahoo.com
    - elias_gupta@yahoo.com
    - gupta.elias@yahoo.com
    - teknicomps@yahoo.com
    - majkentdye@yahoo.com
    - hille_henryharrell0130@yahoo.com
    - williamshoward0009@yahoo.com
    - hille_henryharrell01@yahoo.com
    - coladonisddee@yahoo.com
    - hille.henryharrell@yahoo.com
    - williamlandrum0009@yahoo.com
    - travelinaries@yahoo.com

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

7. Title 18, United States Code, Section 875(d) provides that it is a federal crime to transmit in interstate or foreign commerce any communication containing any threat to injure the reputation of the addressee or of another with the intent to extort from any person any money or other thing of value.

8. Title 18, United States Code, Section 1028A makes it unlawful knowingly to transfer, possess, or use a means of identification of another person without lawful authority during and in relation to an enumerated felony, including mail and wire fraud.

9. Title 18, United States Code, Sections 1341 and 1343 provide that it is a federal crime to use the mails or the wires in connection with a scheme or artifice to defraud or obtain money or property by false or fraudulent pretenses, representations, or promises. Section 1342 makes it a crime to use a fictitious name in connection with a mail fraud scheme.

10. Title 18, United States Code, Section 2314 makes it unlawful to transfer in interstate commerce goods or money worth $5,000 or more, knowing them to have been stolen, converted, or taken by fraud. The same statute provides that it is a federal crime knowingly to transport in interstate or foreign commerce any forged, altered, or counterfeited securities with unlawful or fraudulent intent.

11. Title 18, United States Code, Section 2703(a) provides that, pursuant to a search warrant issued by a court of competent jurisdiction, a governmental entity may require a provider of electronic communication service to disclose the contents of an electronic communication that has been stored electronically for 180 days or less.

12. Title 18, United States Code, Section 2703(b)(1)(A) provides that, pursuant to a search warrant issued by a court of competent jurisdiction, a governmental entity may require a provider of remote computing service to disclose the contents of an electronic communication that has been stored electronically for more than 180 days.

13. Title 18, United States Code, Section 2703(c)(1)(A) provides that, pursuant to a search warrant issued by a court of competent jurisdiction, a governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications).

14. Title 18, United States Code, Section 2711 defines "remote computing service" as "the provision to the public of computer storage or processing services by means of an electronic communications system."

15. Title 18, United States Code, Section 2711 defines "governmental entity" to include any department or agency of the United States and defines "court of competent jurisdiction" to include any district court of the United States (including a magistrate judge of such a court) that has jurisdiction over the offense being investigated.

## PROBABLE CAUSE

16. I am currently investigating **Ilumsa Olayinka Sunmola**, a Nigerian national living in Johannesburg, South Africa. Based upon my investigation, there is probable cause to believe that Sunmola has been using the wires and the mails to engage in numerous fraudulent "sweetheart scams."

17. Sometimes referred to as a "romance scam" or "dating scam," the ruse generally begins with contact over a dating website or in some other forum where two people commonly meet to initiate a romantic relationship. After such a relationship is established, the victim is pressured for money, usually to allay some fictitious emergency. Over time, the victims may wind up sending their supposed suitors many thousands of dollars before they realize that they have been scammed. In some circumstances, the victims may also be threatened or extorted for more money.

3

18. To date, my investigation has confirmed the identities of approximately a dozen victims located within the Southern District of Illinois and elsewhere. Numerous other victims are suspected, and the investigation is ongoing.

**Victim "D.C."**

19. D.C. is a resident of Bond County, IL, in the Southern District of Illinois. D.C. was befriended on the "Plenty of Fish" dating website in December 2011 by an individual who claimed to be "Elias Dyess." After lengthy intimate internet conversations with "Dyess" in which he used the Yahoo! Inc. e-mail address sterngreek@att.net (Yahoo! Inc. administers this e-mail address), D.C. was persuaded to send money and fraudulently-obtained electronics to **Ilumsa Olayinka Sunmola**, a Nigerian national living in Johannesburg, South Africa.

20. In his lengthy communications with D.C., "Dyess" created an elaborate false history for himself, claiming a link to the Mascoutah, IL area and a business that led him to travel to South Africa, as well as service in the U.S. military. A variety of business and personal "emergencies" were created by "Dyess," with the solutions to the emergencies often involving the wiring of funds to South Africa via Western Union and MoneyGram. To supposedly aid his business in South Africa, "Dyess" caused fraudulently-obtained electronics to be shipped to D.C.'s residence in Bond County via FedEx and the U.S. Postal Service, which D.C. then forwarded to South Africa at his request.

21. The below e-mail is representative of the various excuses "Dyess" used to obtain money from D.C.

*From: Elias Dyess <sterngreek@att.net>*
*Subject: URGENT*
*To: XXXXXXXXX [victim D.C.'s e-mail address]*
*Date: Friday, January 20, 2012, 6:33 AM*

> *Hi hon,*
>
> *I really need ur urgent help ASAP, i just realised today i wont be able to use any of my cards here coz they are not acceptable, the local banks here dont accept them and they dont work with their ATM's to. I'm in a very terrible situation right now as i have nothing on me but a bunch on cards that are not acceptable. I really need you to help me with a quick loan till i can sort this out, i just need a quick fix till i can find a permanent solution. I really dont want to put u in a very tight spot but right now i have lil options and i will so much appreciate it if u can help me out and i'll pay u back as soon as i sort things out.*
>
> *Elias*

22. "Dyess" shared several photographs with D.C. via instant messenger, purportedly showing himself in a variety of social situations. The investigation revealed that the photographs actually belonged to a U.S. citizen, W.D., of Davie, FL. W.D. was

4

interviewed telephonically, and stated that he posted the photos several years ago on another dating website. W.D. said he did not authorize anyone to use his photos.

23. In addition to communicating over the internet by e-mail and instant messenger, D.C. also exchanged text messages with "Dyess" using phone number 215-650-3858 from February 16 to April 17, 2012. Records from Pinger, Inc. indicate the e-mail address associated with the phone account is ilumsa@yahoo.com, and is associated with an Internet Protocol (IP) address from South Africa.

24. Records obtained from Western Union indicate that between April 9 and April 16, 2012, D.C. wired five payments totaling $12,000 to South Africa. The money was picked up by **Ilumsa Sunmola**, and for three of the transactions he used his Nigerian passport as identification.

25. Records obtained from MoneyGram indicate that between January 20 and April 3, 2012, D.C. wired thirty-nine payments totaling $63,819 to South Africa. The money was picked up by **Ilumsa Sunmola**, and in all instances Sunmola used his Nigerian passport as identification.

26. Records from the U.S. Postal Service and FedEx indicate that between February 28 and April 14, 2012, at least 19 parcels (6 via FedEx and 13 via the U.S. Postal Service) were reshipped by D.C. to **Ilumsa Sunmola**, Attn: Elias Dyess, 69 Jeppe St, Johannesburg, South Africa. D.C. stated the parcels contained laptop computers, Apple iPads, and soccer equipment.

27. Before concluding that she was being defrauded and reporting her experience to the Illinois Attorney General (and subsequently to the U.S. Postal Inspection Service and the U.S. Attorney's Office), D.C. suffered a financial loss totaling $90,653.81. These losses caused D.C. to file a Chapter 13 bankruptcy petition on October 8, 2012 in the Southern District of Illinois. Losses to merchants and/or credit card companies relating to the reshipped merchandise has not yet been determined.

### Victim A.K.

28. A.K. is a resident of St. Clair County, IL, in the Southern District of Illinois. In 2008, A.K. met a man known to her as "Elias Kent Dye" on the social networking Internet site Myspace. "Dye" claimed to be a Major in the U.S. Army who was stationed at Scott Air Force Base, but who was at that time on a tour of duty in South Africa. "Dye" claimed to have grown up in Mascoutah, IL, and continued to reside there when he wasn't deployed in the military.

29. "Dye" provided A.K. with his e-mail address of majkentdye@yahoo.com, along with two phone numbers with an area code of 618, which is the area code for Southern Illinois. A.K. and "Dye" communicated by phone, as well as through Yahoo! messenger service. A.K. sent holiday gifts to "Dye" at the address: P.O. Box 53782, Troyville, Betrams, Johannesburg 2094, South Africa. This is the same South African address listed on an application submitted by **Ilumsa Sunmola** to the Institute of Electrical and Electronics

5

Engineers ("IEEE"), an international professional organization for electrical engineers and other technical specialists, in September 2009.

30. At some point "Dye" told A.K. that he was having financial difficulties in South Africa, and convinced A.K. to send him money through MoneyGram and Western Union. A.K. claims to have sent a total of $12,000 to **Ilumsa Sunmola** – "Dye" told A.K. to use Sunmola's name because "Dye" was acting as a spy in South Africa and thus had no official identification. Records obtained from MoneyGram show at least $5,900 was sent from A.K. to Ilumsa Sunmola in December 2008.

31. "Dye" instructed A.K. to purchase and mail him a webcam so that they could see each other. A.K. did as instructed, and at some point A.K. allowed the webcam to transmit an explicit video of herself to Dye. A.K. claims that "Dye" attempted to extort additional funds from her by threatening to send the video to her family and posting it on the Internet. A.K. stated that "Elias told me by the time he was finished with me I would want to kill myself because he would ruin my life if I didn't continue to send him money."

### Victim L.B.

32. L.B. is a resident of St. Charles County, MO, in the Eastern District of Missouri. In September 2009, L.B. started communicating with "Adonis Dee" on the dating website eHarmony. "Dee" claimed to be a Colonel in the U.S. Army working overseas in the intelligence field, and further stated that he was an orphan who was adopted at the age of thirteen by a couple from Mascoutah, IL.

33. After several months of communicating via instant messenger using the Yahoo!, Inc. account coladonisddee@yahoo.com, "Dee" called L.B. on the phone and stated he was having financial problems in Johannesburg, South Africa. L.B. described "Dee" as "very distraught," so she agreed to send him "a few hundred dollars." Several weeks later a similar scenario developed, with "Dee" asking for more money. L.B.'s credit cards were at their credit limit, so "Dee" claimed he would pay down the balance through his bank, which would allow L.B. to make cash withdrawals in the future. L.B. followed through with the suggestion and wired funds that were obtained with advances on her credit card; however the next month her credit card company stated that the payments "Dee" had supposedly made to her account were invalid, leaving L.B. with substantial credit card debt.

34. A month or so later, "Dee" continued to complain of financial problems and asked L.B. to purchase blank check stock at an office supply store. She did so, and "Dee" e-mailed her checks to print out on the check stock. "Dee" instructed her to cash the checks at her bank and wire the proceeds to him. L.B. was able to cash two checks before the bank determined they were fraudulent, and she wired the funds to "Dee." In all, L.B. wired $32,995.10 by MoneyGram, and all of the transfers were picked up by **Ilumsa Sunmola**.

35. In addition to wiring money, "Dee" told L.B. to pick up laptop computers and Apple iPods that "Dee" had supposedly ordered and paid for at St. Louis-area Best Buy stores, and then reship them to an address in New York. L.B. did as instructed.

36. Due to the losses she suffered from wiring funds to Sunmola, L.B. filed a Chapter 7 bankruptcy petition in May 2010 in the Eastern District of Missouri. L.B.'s debt was discharged, and the bankruptcy case was closed in November 2010.

## The Fifteen (15) Targeted Email Accounts

37. The investigation has uncovered several additional victims that have sent money and/or electronics to Sunmola in South Africa. Victims of the scheme communicated with Sunmola through several e-mail accounts administered by Yahoo! Inc., and this affidavit is in support of a search warrant to obtain stored e-mail content related to the following fifteen (15) Yahoo!, Inc. accounts:

    - sterngreek@att.net (account is administered by Yahoo!, Inc.)
    - ilumsa@yahoo.com
    - eliaskunis@yahoo.com
    - orangetecks@yahoo.com
    - elias_gupta@yahoo.com
    - gupta.elias@yahoo.com
    - teknicomps@yahoo.com
    - majkentdye@yahoo.com
    - hille_henryharrell0130@yahoo.com
    - williamshoward0009@yahoo.com
    - hille_henryharrell01@yahoo.com
    - coladonisddee@yahoo.com
    - hille.henryharrell@yahoo.com
    - williamlandrum0009@yahoo.com
    - travelinaries@yahoo.com

### sterngreek@att.net

38. As described above, e-mail address sterngreek@att.net was used by "Elias Dyess" to communicate with victim D.C. and ask her for money for various emergencies. Records obtained from Yahoo! Inc. indicate that the e-mail address sterngreek@att.net was accessed from several IP addresses originating in South Africa.

### ilumsa@yahoo.com

39. E-mail address ilumsa@yahoo.com is associated with the Pinger Inc. phone account for 215-650-3858. This phone was used to send text messages soliciting money between victim D.C. and "Elias Dyess." The e-mail address, ilumsa@yahoo.com, is also linked to e-mail address *ilumsa@computer.org*, in that ilumsa@yahoo.com is listed on an application submitted by **Ilumsa Sunmola** to the IEEE Computer Society, which administers the computer.org Internet domain.

7

**eliaskunis@yahoo.com**

40. On July 7, 2011, Internet domain name "exeltekniks.com" was registered by Melbourne IT, Ltd. The "Organisation Name" was listed as **Ilumsa Sunmola**, 69 Miami Mansions, Corner of Troye and Jeppe Street, Johannesburg, 2001, Gauteng, South Africa. The e-mail address associated with the domain name is listed as eliaskunis@yahoo.com, and the phone number for the registration is "**+1.270734339291**." As described above, "Elias" was an alias first name used by Sunmola when communicating with victims D.C and A.K. The phone number "+1.270734339291" has a country code of "27", corresponding to South Africa, and the remaining digits ("0734339291") were used by Sunmola when picking up victim D.C.'s (and other victims') funds sent via Western Union and MoneyGram to South Africa.

**orangetecks@yahoo.com**

41. On July 24, 2011, Internet domain name "orangeteksystems.com" was registered by Melbourne IT, Ltd. The next day, July 25, 2011, Internet domain name "nettekniks.com" was also registered by Melbourne IT, Ltd. The "Organisation Name" for both registrations was listed as **Ilumsa Sunmola**, 69 Miami Mansions, Corner of Troye and Jeppe Street, Johannesburg, 2001, Gauteng, South Africa. The e-mail address associated with both domain names is listed as orangetecks@yahoo.com, and the phone number for the registrations is "**+1.270734339291**." The phone number "+1.270734339291" has a country code of "27", corresponding to South Africa, and the remaining digits were used by Sunmola when picking up victim D.C.'s (and other victims') funds sent via Western Union and MoneyGram to South Africa.

**elias_gupta@yahoo.com**

42. On July 19, 2012, Internet domain name "typetechs.com" was registered by Melbourne IT, Ltd. The "Organisation Name" was listed as **Ilumsa Sunmola**, 69 Miami Mansions, Corner of Troye and Jeppe Street, Johannesburg, 2001, Gauteng, South Africa. The e-mail address associated with the domain name is listed as elias_gupta@yahoo.com, and the phone number for the registration is "**+1.270734339291**." As described above, "Elias" was an alias first name used by Sunmola when communicating with victim D.C and A.K. The phone number "+1.270734339291" has a country code of "27", corresponding to South Africa, and the remaining digits were used by Sunmola when picking up victim D.C.'s (and other victims') funds sent via Western Union and MoneyGram to South Africa.

**gupta.elias@yahoo.com**

43. On July 19, 2012, Internet domain name "tracktechs.com" was registered by Melbourne IT, Ltd. The "Organisation Name" was listed as **Ilumsa Sunmola**, 69 Miami Mansions, Corner of Troye and Jeppe Street, Johannesburg, 2001, Gauteng, South Africa. The e-mail address associated with the domain name is listed as gupta.elias@yahoo.com, and the phone number for the registration is "**+1.270734339291**." As described above, "Elias" was an alias first name used by Sunmola when communicating with victim D.C

8

and A.K. The phone number "+1.270734339291" has a country code of "27", corresponding to South Africa, and the remaining digits were used by Sunmola when picking up victim D.C.'s (and other victims') funds sent via Western Union and MoneyGram to South Africa.

**teknicomps@yahoo.com**

44. On June 14, 2011, Internet domain name "metroteksystems.com" was registered by Melbourne IT, Ltd. The "Organisation Name" was listed as **Ilumsa Sunmola**, 69 Miami Mansions, Corner of Troye and Jeppe Street, Johannesburg, 2001, Gauteng, South Africa. The e-mail address associated with the domain name is listed as teknicomps@yahoo.com, and the phone number for the registration is "+**1.270734339291**." The phone number "+1.270734339291" has a country code of "27", corresponding to South Africa, and the remaining digits were used by Sunmola when picking up victim D.C.'s (and other victims') funds sent via Western Union and MoneyGram to South Africa.

**majkentdye@yahoo.com**

45. As described above in the discussion of victim A.K., the e-mail address majkentdye@yahoo.com was given to A.K. in order for her and "Elias Kent Dye" to communicate. A.K. suffered a loss of $12,000 by sending MoneyGram and Western Union wire transfers to **Ilumsa Sunmola** at the direction of "Dye."

**hille_henryharrell0130@yahoo.com**

46. Victim N.H., a resident of Grant County, WI, in the Western District of Wisconsin, communicated with a man by the name of "Henry Harrell" using the e-mail address hille_henryharrell0130@yahoo.com. In August 2012, after the two had communicated by instant message for several months, Harrell's "boss" contacted N.H., claiming that "Harrell" had attempted to kill himself with a knife and was in need of funds to pay for medical bills. In early September 2012, N.H. sent a total of $3,149.02 to "Harrell" by MoneyGram, $2,549.02 of which was picked up by **Ilumsa Sunmola**. Most of the money picked up by Sunmola came from a business check Harrell sent N.H. N.H. cashed the check at her local bank and sent Harrell the proceeds. Her bank later determined the check was fraudulent, and N.H. agreed to repay the bank in full. During the course of their online relationship, N.H. and "Harrell" also exchanged photographs of themselves.

**williamshoward0009@yahoo.com**

47. Victim N.H., the resident of Grant County, WI described above, provided 900 pages of instant messenger chat sessions to your affiant. In the chat session transcript is the following exchange:

> **[victim N.H.]:** What is your address?
> **Henry Harrell:** williamshoward0009@yahoo.com
> **Henry Harrell:** Oh sorry that is another email
> **Henry Harrell:** hille_henryharrell0130@yahoo.com

9

"Harrell" apparently lost track of which alias name he was using, and accidentally gave the e-mail address williamshoward0009@yahoo.com to victim N.H. After communicating for several months, victim N.H. eventually sent a total of $3,149.02 by MoneyGram, $2,549.02 of which was picked up by **Ilumsa Sunmola**.

### hille_henryharrell01@yahoo.com

48. K.P. is an attorney from Tennessee who was contacted by "Henry Harrell" on the dating website ChristianMingle.com. "Harrell" provided K.P. with his e-mail address of hille_henryharrell01@yahoo.com. In the following e-mail, "Harrell" asks K.P. for $600:

*On Fri, Nov 2, 2012 at 12:42 PM, Henry Harrell <hille_henryharrell01@yahoo.com> wrote:*

> *I am dying, I do want you to help me and get my ass out of here, I am in California now ., I do want you to help me with just $600 to get to ticket to you*
>
> *Henry*

K.P. did not send any money to Harrell.

### coladonisddee@yahoo.com

49. As described above in the discussion of victim L.B., the e-mail address coladonisddee@yahoo.com was used by "Adonis Dee" to communicate with L.B. L.B. suffered a loss of $32,995.10 by sending MoneyGram wire transfers to **Ilumsa Sunmola** at the direction of "Dee."

### hille.henryharrell@yahoo.com

50. M.H., as resident of Indiana, was contacted through Yahoo Personals by "Henry Harrell", who used the e-mail address hille.henryharrell@yahoo.com. "Harrell" told M.H. that he was a Major in the military working as an engineer/building contractor through the U.N. in Iraq. He stated that when he went to the airport to pick up some airline tickets, he had to pay a tax of $2,000, but that he did not have the money. "Harrell" asked M.H. to send him money through Western Union, but she became skeptical and did not send money. "Henry Harrell" is the same name (and a similar email address) used to defraud N.H. into wiring money to **Ilumsa Sunmola**.

### williamlandrum0009@yahoo.com

51. Victim K.H., a resident of San Diego County, CA, in the Southern District of California, communicated with a man by the name of "William Landrum" using the e-mail address williamlandrum0009@yahoo.com. K.H. and "Landrum" met on the Match.com dating website. "Landrum" eventually requested money from K.H., and in February 2011 she sent two MoneyGram wire transfers totaling $1,100 – both of which were picked up in South Africa by **Ilumsa Sunmola**.

10

**travelinaries@yahoo.com**

52. Victim L.D., a resident of Henderson County, KY, in the Western District of Kentucky, met "Elias Ken Cohen" on the Match.com dating website. "Cohen," who provided L.D. with an e-mail address of travelinaries@yahoo.com, told her that he was working in South Africa and could not use his credit cards. L.D. was sent a cashier's check by "Cohen," which she deposited in her bank account. In July and August of 2010, L.D. sent $4,180 via MoneyGram to "Cohen," and the money was picked up by **Ilumsa Sunmola**. Shortly thereafter, L.D.'s bank informed her that the check was fake, leaving L.D. with a loss of $4,180.

53. Based upon the investigation conducted so far, there is now probable cause to believe that **Ilumsa Olayinka Sunmola** has used and is still using Yahoo!, Inc. email accounts in furtherance of multiple fraudulent "sweetheart scams" involving dozens of victims, both in the Southern District of Illinois and elsewhere. There is also probable cause to believe that evidence of federal crimes – including interstate threats, aggravated identity theft, mail fraud, wire fraud, and interstate transportation of stolen goods and counterfeit securities – is now contained within the fifteen (15) Yahoo!, Inc. email accounts described above.

## TECHNICAL BACKGROUND

54. In my training and experience, I have learned that Yahoo!, Inc. provides a variety of on-line services, including electronic mail ("e-mail") access, to the general public. Subscribers obtain an account by registering with Yahoo!, Inc. During the registration process, Yahoo!, Inc. asks subscribers to provide basic personal information. Therefore, the computers of Yahoo!, Inc. are likely to contain stored electronic communications (including retrieved and unretrieved e-mail for Yahoo!, Inc. subscribers) and information concerning subscribers and their use of Yahoo!, Inc. services, such as account access information, e-mail transaction information, and account application information.

55. In general, an e-mail that is sent to a Yahoo!, Inc. subscriber is stored in the subscriber's "mail box" on Yahoo!, Inc. servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on Yahoo!, Inc. servers indefinitely.

56. When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to Yahoo!, Inc.'s servers, and then transmitted to its end destination. Yahoo!, Inc. often saves a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the Yahoo!, Inc. server, the e-mail can remain on the system indefinitely.

57. A Yahoo!, Inc. subscriber can also store files, including e-mails, address books, contact or buddy lists, pictures, and other files, on servers maintained and/or owned by Yahoo!, Inc. In my training and experience, evidence of who was using an e-mail account may be found in address books, contact or buddy lists, e-mail in the account, and attachments to e-mails, including pictures and files.

58. Subscribers to Yahoo!, Inc. might not store on their home computers copies of the e-mails stored in their Yahoo!, Inc. account. This is particularly true when they access their Yahoo account through a public terminal, or if they do not wish to maintain particular e-mails or files in their residence.

59. In general, e-mail providers like Yahoo!, Inc. ask each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

60. E-mail providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Yahoo!, Inc.'s website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers, smart phones, or other devices were used to access the e-mail account.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

61. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Yahoo!, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

62. Based upon the above there is probable cause to believe that on premises owned, maintained, controlled, or operated by Yahoo!, Inc. (see Attachment A), there is now concealed certain digital information (see Attachment B) that constitutes evidence of the commission of criminal offenses, specifically violations of Title 18, United States Code, Sections 875, 1028A, 1341, 1342, 1343, and 2314.

63. I respectfully request that the Court issue a search warrant directing Yahoo!, Inc., to disclose any and all information described in Attachment B, to the extent that such information is in its care, custody and control.

64. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a),

(b)(1)(A) & (c)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offenses being investigated. 18 U.S.C. § 2711(3)(A)(i).

65.  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
L. Adam Latham
United States Postal Inspector

Subscribed and sworn to before me on this the 14th day of December, 2012.

_____
HON. STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

_____
Nathan D. Stump
Assistant United States Attorney

13

## ATTACHMENT A
Property to Be Searched

This warrant applies to information (including the contents of communications) associated with certain email accounts involved in a "sweetheart scam" that is stored at premises owned, maintained, controlled, or operated by **Yahoo!, Inc.**, a company headquartered at **701 First Avenue, Sunnyvale, California 94089**.

The email accounts that are the subject of this warrant are as follows:

- **sterngreek@att.net (account is administered by Yahoo!, Inc.)**
- **ilumsa@yahoo.com**
- **eliaskunis@yahoo.com**
- **orangetecks@yahoo.com**
- **elias_gupta@yahoo.com**
- **gupta.elias@yahoo.com**
- **teknicomps@yahoo.com**
- **majkentdye@yahoo.com**
- **hille_henryharrell0130@yahoo.com**
- **williamshoward0009@yahoo.com**
- **hille_henryharrell01@yahoo.com**
- **coladonisddee@yahoo.com**
- **hille.henryharrell@yahoo.com**
- **williamlandrum0009@yahoo.com**
- **travelinaries@yahoo.com**

14

## ATTACHMENT B
Particular Things to be Seized

### I. Information to be disclosed by Yahoo!, Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo!, Inc., Yahoo!, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. Any and all records regarding the identification of the user(s) of the Yahoo! email account, including the subscriber's name, physical address, telephone numbers and other device identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, and alternate e-mail addresses.

b. The contents of any and all e-mails and any related attachments stored in the account, including copies of e-mails sent to or from the account, unsent drafts, and deleted emails.

c. All records or other information stored on the account, including chat logs, pictures, videos, documents, calendars, tasks, memos, and notes.

d. Any and all embedded metadata, such as header information, creation dates, and GPS location data, associated with any of the items produced in compliance with this warrant.

e. Any and all Yahoo! IDs listed on the subscriber's Friends list.

f. Any and all methods of payment provided by the subscriber to Yahoo!, Inc. for any premium services, including account numbers.

### II. Information to be seized by the government

All information described above in Section I, including the content of electronic communications, pertaining to the following:

a. Violations and attempted violations of the federal mail and wire fraud statutes (18 U.S.C. §§ 1341 / 1343), using a fictitious name in connection with mail fraud (18 U.S.C. § 1342), aggravated identity theft (18 U.S.C. § 1028A), interstate threats (18 U.S.C. § 875), and transportation of stolen goods / counterfeit securities (18 U.S.C. § 2314).

b. The location, identity, motive, opportunity, plan, knowledge, and intent of any person in committing or attempting to commit any of the crimes listed above and any efforts to conceal those crimes or evade law enforcement.